Marcos **ROJAS–URIZAR,** Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–71601.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Dec. 2, 2013.

Hugo Florentino Larios, Hugo F. Larios Law, P.L.L.C, Tempe, AZ, for Petitioner.

Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Manuel Palau, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

MEMORANDUM **

Marcos Rojas–Urizar, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review mixed questions of law and fact de novo and factual determinations underlying this inquiry are reviewed for clear error. *United States v. Diaz–Juarez,* 299 F.3d 1138, 1140 (9th Cir.2002). We deny the petition for review.

The agency did not clearly err in finding that the officer did not stop Rojas–Urizar solely because of his race and that legitimate, non-racial factors motivated the officer's stop. *See United States v. Manzo–Jurado,* 457 F.3d 928, 936 (9th Cir.2006); *Diaz–Juarez,* 299 F.3d at 1142; *cf. Gonzalez–Rivera v. INS,* 22 F.3d 1441 (9th Cir. 1994).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.